# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ARTHUR WING JR.,<br><br>Defendant. | CR 20-57-GF-BMM<br><br><br>ORDER |

Pending before the Court is the unopposed motion of the United States Attorney to dismiss the indictment without prejudice pursuant to Fed. R. Crim. P. 48(a). For good cause, IT IS ORDERED that the indictment is **DISMISSED WITHOUT PREJUDICE.** IT IS FURTHER ORDERED that all pending deadlines, the suppression hearing, and the trial are **VACATED**.

DATED this 5th day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court

1